UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARY ELIZABETH FERGUSSON**                                                                **PLAINTIFF**

**V.**                                             **CIVIL ACTION NO. 1:05CV560 LTS-RHW**

**ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, MARK MANUEL,
SUMMER TAGUBA, MICHAEL BEATTIE,
JEFFREY GARWOOD, ET AL.**                                                                    **DEFENDANTS**

### ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiff's motion to remand [4] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Hancock County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed;

That the motion of Allstate Property and Casualty Insurance Company for an extension of time to file its reply/response to plaintiff's motion to remand [17] is hereby **GRANTED**;

That the plaintiff's motions to strike the affidavit of Defendant Mark Manuel [22] [23] are hereby **DENIED**;

That the motion of Allstate Property and Casualty Insurance Company for leave to file a sur-reply to plaintiff's rebuttal memorandum to defendant's response to plaintiff's motion to remand [25] is hereby **DENIED**.

**SO ORDERED** this 28th day of July, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge